COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Ex parte Rene Moreno

Appellate case number:    01-22-00782-CR

Trial court case number:    1788826

Trial court:                        482nd District Court of Harris County

Appellant, Rene Moreno, has filed a notice of appeal of the trial court's September 29, 2022 denial of his application for a writ of habeas corpus in trial court case numbers 1788826. *See* TEX. R. APP. P. 25.2(b), 31. The clerk's record was filed with the Clerk of this Court on October 21, 2022. The reporter's record was filed with the Clerk of this Court on October 27, 2021.

On December 16, 2022, the State filed an "Agreed Motion for Order to Supplement Record." In the motion, the State requested that we direct the official court reporter for the 482nd District Court to file the reporter's record from a June 6, 2022 hearing, along with any exhibits admitted at that hearing, in trial court case number 177112, as a part of the record for this appeal. The State's motion is **granted**. The official court reporter is directed to file with the Clerk of this Court, within ten days of the date of this order, the reporter's record for the June 6, 2022 hearing, along with any admitted exhibits, as requested by the State.

Additionally, a review of the appellate record reflects that the clerk's record filed on October 21, 2022 does not include any certification of appellant's right of appeal indicating whether appellant has the right to appeal the trial court's September 29, 2022 order denying his application for writ of habeas corpus.

This Court must dismiss an appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d); *Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.). Accordingly, we direct the trial court clerk to file a supplemental clerk's record containing any certification of appellant's right of appeal entered by the trial court in either case number 1771112 or 1788826. The supplemental clerk's record shall be filed with the Clerk of this Court no later than twenty days from the date of this order. *See* TEX. R. APP. P.

34.5(c)(2). If the trial court's record does not include a valid certification of appellant's right of appeal, we will be required to abate the appeal to direct the trial court to enter a valid certification.

It is so ORDERED.


Judge's signature:    /s/Amparo Guerra
☑ Acting individually


Date: January 5, 2023